PAULINE HAEBLER, as Agent of LOUISE V. H. HAEBLER, Respondent, *v.* ROSA B. R. HEINTZ et al., Appellants, et al., Defendants.

Submitted May 13, 1947; decided May 29, 1947.

*Byron Clark* and *Richard H. Mitchell* for Rosa B. R. Heintz, appellant.

*Jeremiah T. Mahoney* for Amanda G. Siegel and Jeremiah T. Mahoney, appellants.

*Eugene A. Sherpick, John F. Condon, James J. Regan* and *Henry T. Holsapple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.